STATE of Missouri,
Plaintiff/Respondent,

v.

Scottie N. ARRINGTON,
Defendant/Appellant.

Nos. ED 82847, ED 82848.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 9, 2004.

Donnell Smith, Smith & Associates, LLC, St. Louis, MO, for appellant.

Charnette D. Douglas, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of one count of sale of a controlled substance, in violation of section 195.211 RSMo (2000). The trial court found defendant to be a persistent drug offender and sentenced him to ten years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).